UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMES A. GRAVETTER, | Civil No. 6:16-CV-01480-CL |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for a *de novo* hearing, and further administrative proceedings, including but not limited to the following: the administrative law judge will reevaluate the Functional Assessment Form and Dr. Freed's related opinion and based on the developed record and reevaluation of the medical evidence, reevaluate Plaintiff's credibility, any lay statements, and residual functional capacity, as necessary; and perform a new step four and/or step five analysis, obtaining supplemental vocational expert evidence as necessary. The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED this __2__ day of __October__, 2017.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Page 1    ORDER - [6:16-CV-01480-CL]

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2112